IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JASON CHRISTENSEN, an individual; | |
|---|---|
| Plaintiff, | 8:17CV128 |
| vs. | |
| CITY OF OMAHA, a political subdivision of the State of Nebraska; | **AMENDED PROGRESSION ORDER** |
| Defendant. | |

IT IS ORDERED that the final progression order is amended as follows:

1) The Pretrial Conference and Trial of this case are continued pending further order of the court.

2) A status conference to discuss whether the parties are interested in ADR or, in the alternative, scheduling of the Pretrial Conference and Trial will be held with the undersigned magistrate judge on **November 20, 2018 at 1:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is September 28, 2018. Motions to compel Rule 33 through 36 discovery must be filed by October 12, 2018.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), as limited to mental health providers is August 10, 2018.

5) The deadlines for complete expert disclosures for all experts expected

to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

a. As limited to the treating medical and mental health providers plaintiff previously identified: August 31, 2018
b. For the defendant(s): October 1, 2018.
c. For rebuttal: October 15, 2018.

6) The deposition deadline is November 16, 2018.

7) The deadline for filing motions to dismiss and motions for summary judgment is December 7, 2018.

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 7, 2018.

Dated this 20th day of July, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge