IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON CHRISTENSEN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, a political subdivision of the State of Nebraska;<br><br>Defendant. | **8:17CV128**<br><br>**AMENDED PROGRESSION ORDER** |

IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before Laurie Smith Camp, Chief United States District Judge, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on March 19, 2019, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on February 26, 2019 at 11:00 a.m., and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 22, 2019.

3) A status conference to discuss whether the parties are interested in ADR or, in the alternative, scheduling of the Pretrial Conference and Trial will be held with the undersigned magistrate judge on **November 20, 2018 at 1:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is September 28, 2018. Motions to compel Rule 33 through 36 discovery must be filed by October 12, 2018.
**Note:** Motions to compel shall not be filed without first contacting the

to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](Fed. R. Civ. P. 26(a)(2)(B))), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](Fed. R. Civ. P. 26(a)(2)(C))), are:

    a. As limited to the treating medical and mental health providers plaintiff previously identified:     August 31, 2018
    b. For the defendant(s):     October 1, 2018.
    c. For rebuttal:     October 15, 2018.

6) The deposition deadline is February 1, 2019.

7) The deadline for filing motions to dismiss and motions for summary judgment is February 15, 2019.

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 15, 2019..

Dated this 20th day of November, 2018.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge